UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7A

Dog Brands, Inc.

                            Plaintiff,        Court No. 15-283

     v.

United States

                          Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: July 22, 2021                                                                /s/ Alan Goggins

                                                             Attorney for Plaintiff
                                                    Barnes, Richardson & Colburn, LLP

                                                               Street Address
                                                  100 William Street, Suite 305

                                                        City, State and Zip Code
                                                 New York, Ny 10038- 212-725-0200

                                                                Telephone No.

                                                 Order of Dismissal

     This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____           Clerk, U. S. Court of International Trade

                                                 By: _____
                                                                    Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 15-283 | Dog Brands, Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                              Clerk, U. S. Court of International Trade

                              By: _____
                                       Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)